Antonio ROMANO, respondent, v. Giuseppe D. CALDARA, appellant. (Supreme Court, Appellate Division, Second Department. Jan-

uary 7, 1916.) Motion denied on condition that within three days appellant comply with the conditions of the order of December 6, 1915, place the case on the calendar for Friday, January 14, 1916, and be ready for argument when reached; otherwise, motion granted, with $10 costs.